HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MAURICE L RICHARD,

    Plaintiff,

v.

CAROLYN COLVIN,

    Defendant.

CASE NO. C13-6055 RBL

ORDER ADOPTING REPORT AND RECOMMENDATION

The Court, having reviewed the Complaint, the record, and Magistrate Judge Strombom's Report and Recommendation (Dkt. #21), does hereby hold and Order:

1. The Court adopts the Report and Recommendation;
2. The ALJ improperly concluded that the Plaintiff was not disabled, and Defendant's decision to deny benefits is REVERSED;
3. This matter is REMANDED for further administrative proceedings in accordance with the Report and Recommendation; and
4. The Clerk is directed to send copies of this Order to all Counsel and Judge Strombom.

IT IS SO ORDERED.

Dated this 5th day of May, 2015.

*[signature]*

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE